JS-6

**NOTE: CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ARMEN HARUTYUNYAN

          Plaintiff,

v.

KRISTI NOEM, SECRETARY OF THE U.S DEPARTMENT OF HOMELAND SECURITY (DHS) ; U.S. CITIZENSHIP AND IMMIGRATION SERVICE (USCIS) ; JOSEPH B. EDLOW ACTING DIRECTOR OF USCIS; ROLAND LYONS ACTING DIRECTOR OF THE USCIS SAN FERNANDO VALLEY FIELD OFFICE.

          Defendants.

Case No.: 26-cv-00378-AS

**ORDER OF DISMISSAL**

     COUNSEL OF RECORD ARE HEREBY NOTIFIED that the Court has reviewed the Notice of Voluntary Dismissal (ECF No. 12), filed on July 2, 2026. Accordingly, this action is hereby CLOSED.

     IT IS SO ORDERED.

July 2, 2026
_____
Dated

     / s / Sagar
_____
Hon. Judge Alka Sagar
United States Magistrate Judge

-1-